ANTHONY CONTE *v.* DONALD BERTOLA
(3174)

DUPONT, C.P.J., HULL and LANDAU, Js.

Argued May 10—decision released June 4, 1985

*William J. Varese,* with whom, on the brief, was *James N. Olayos,* for the appellant (plaintiff).

*Daniel D. McDonald,* with whom, on the brief, was *Michael T. Dolan,* for the appellee (defendant).

PER CURIAM. There is no error.